# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS ARMITAGE,**

        **Plaintiff,**

**-vs-**                        Case No. 6:05-cv-891-Orl-19DAB

**DOLPHIN PLUMBING & MECHANICAL,
LLC and RALPH PARROT,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT (Doc. No. 10)**
>
> **FILED:** July 15, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED without prejudice** in part.

Plaintiff seeks to have the Clerk entered a default against both Defendants Dolphin Plumbing & Mechanical, LLC and Ralph Parrot. However, only the corporate Defendant, Dolphin Plumbing, has been served. *See* Doc. No 9. There is no return of service filed for service on Ralph Parrot. The Motion is **GRANTED** to the extent it seeks an entry of default against Dolphin Plumbing & Mechanical, LLC and **DENIED without prejudice** to the extent it seeks a default against Ralph Parrot.

**DONE** and **ORDERED** in Orlando, Florida on July 18, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties